328

MARTHA WATENPAUGH CURRIE, APPELLEE, V. L. L. CORYELL & SON ET AL., APPELLANTS.

297 N. W. 612

FILED APRIL 18, 1941. No. 31037.

*Walter C. Weiss, Richard B. Travis* and *Tunison & Joyner,* for appellants.

*Baldwin & Pike, contra.*

Heard before SIMMONS, C. J., ROSE, EBERLY, PAINE, CARTER and YEAGER, JJ.

SIMMONS, C. J.

This is an action for damages to real property caused by a fire alleged to have been started by negligence of defendant Hebel, an employee of defendant L. L. Coryell & Son. Verdict was for plaintiff. Defendants appeal, assigning as error the refusal of the trial court to sustain their motion for an instructed verdict.

*Watenpaugh v. L. L. Coryell & Son,* 135 Neb. 607, 283 N. W. 204, was an action for damages to personal property resulting from the same fire. The allegations of negligence in both cases are the same. The testimony as to the fire and conditions in the building varies in some particulars but does not change in any way the ultimate facts stated or conclusions reached in the *Watenpaugh* case. We have reexamined the authorities cited in the *Watenpaugh* case and those relied upon by the plaintiff. The conclusion is that the *Watenpaugh* case was correctly decided and is controlling in the instant case.

REVERSED AND DISMISSED.